IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,  No. 2:06-cv-2925-MCE-KJM-P

    Plaintiff,

  v.  ORDER

G. AHMED, et al.,

    Defendants.

_____/

On May 7, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 25, 2007, requiring plaintiff to submit the $350.00 filing fee. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 25, 2007, is affirmed.

Dated: May 14, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE