1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEITH THOMAS,                          No. 2:06-cv-02925-MCE-KJM-P

12              Plaintiff,

13        v.                                ORDER

14   G. AHMED, et al.,

15              Defendants.

16   _____/

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20        On June 1, 2007, the magistrate judge filed findings and recommendations herein which

21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22   and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the

23   findings and recommendations.

24   ///

25   ///

26   ///

1

1      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,

2  this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file,

3  the court finds the findings and recommendations to be supported by the record and by proper

4  analysis.

5      Accordingly, IT IS HEREBY ORDERED that:

6     1.  The findings and recommendations filed June 1, 2007, are adopted in full; and

7     2.  This action is dismissed without prejudice.

8  Dated:  July 17, 2007

9

10             MORRISON C. ENGLAND, JR.
                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26